# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CAMSOFT DATA SYSTEMS, INC.

VERSUS

SOUTHERN ELECTRONICS,
SUPPLY, INC. AND ACTIVE
SOLUTIONS, LLC

NO.  2026 CW 0381

**APRIL 2, 2026**

---

In Re:    MMR Constructors, Inc., MMR Group, Inc., and MMR
          Offshore Services, Inc., applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 582741.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

   **WRIT GRANTED IN PART AND DENIED IN PART.** The portion of the
district court's March 16, 2026 judgment which ordered that
evidence of criminal convictions may be offered for certain limited
purposes under La. Code Evid. art. 404(B) is vacated. This ruling
is premature prior to plaintiff laying the proper foundation for
admission of such evidence for such purposes. The writ is denied
in all other respects.

                         **MRT**
                         **KEB**
                         **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana
Supreme Court.